**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  03-cr-00130-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  SANTOS MORENO JR.,

        Defendant.

_____

MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a supervised release violation hearing regarding Defendant Moreno is set **Thursday, February 25, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

DATED: January 11, 2010
_____