**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 03-cr-00130-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. SANTOS MORENO JR.,

        Defendant.

_____

MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to a conflict in the Court's calendar, the supervised release violation hearing regarding Defendant Moreno set **February 25, 2010 is VACATED and RESET for Thursday, March 4, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

DATED: February 4, 2010
_____