# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number: 03-cr-00130-LTB-01 |
| | USM Number: 32034-013 |
| SANTOS MORENO, JR. | Warren Williamson, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 12/02/09 |
| 2 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 05/13/09 |

    The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

                                                                March 4, 2010
                                                      Date of Imposition of Judgment

                                                     s/Lewis T. Babcock
                                                         Signature of Judge

                                  Lewis T. Babcock, Senior U.S. District Judge
                                                         Name & Title of Judge

                                                              March 10, 2010
                                                                     Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Follow the Instructions of the Probation Officer | 06/25/09 |
| 4 | Failure to Report Arrest / Questioning by Law Enforcement Officer | 10/25/09 |
| 5 | Possession and/or Use of a Controlled Substance (Amphetamine) | 11/02/09 |
| 6 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 11/28/09 |
| 7 | Failure to Follow the Instructions of the Probation Officer | 12/08/09 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of fourteen (14) months Bureau of Prisons with 65 days credit for time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal